Chapter 7
Adversary Proceeding: 20-01050
Judge Janet E. Bostwick

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank (name), certify that service of this summons and a copy of the complaint was made : April 14, 2020 (date) by:

☑ Mail service: Regular, first class United States mail, and by Certified Mail postage fully pre-paid, addressed to:

Barry Wisner Chapin
34 Fairfield Street, Apt. 2
Boston, MA 02116

David G. Baker, Esq.
236 Huntington Avenue, Ste. 317
Boston, MA 02115

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| 4/16/2020 | /s/ Kathleen R. Cruickshank |
|---|---|
| Date | Signature |

Kathleen R. Cruickshank
Print Name
Murphy & King, PC, 1 Beacon Street
Business Address
Boston, MA 02108
City            State            Zip