Chapter 7
Adversary Proceeding: 20–01050
Judge Janet E. Bostwick

## CERTIFICATE OF SERVICE

I, _____Kathleen R. Cruickshank_____ (name), certify that service of this summons and a copy of the complaint was made : _____ (date) by:

✓ Electronic Mail on April 10, 2020 (Counsel accepted service on behalf of his client.)

☑ Mail service: Regular, first class United States mail, ^ on April 14, 2020, postage fully pre–paid, addressed to:
  Matthew J. Russell, Esq., Assistant General Counsel
  Ferris Development Group, LLC
  325 Donald Lynch Blvd, Suite 200
  Marlborough, MA 01752

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


Under penalty of perjury, I declare that the foregoing is true and correct.


_____4/16/2020_____                                          _____/s/ Kathleen R. Cruickshank_____
Date                                                                              Signature


Kathleen R. Cruickshank
_____
Print Name
Murphy & King, PC, 1 Beacon Street
_____
Business Address
Boston, MA 02108
_____
City                       State            Zip