UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Barry Wisner Chapin | ) | Chapter 7 |
| | ) | Case No: 20-10324-JEB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Harold B. Murphy, | ) | |
| Chapter 7 Trustee of Barry | ) | |
| Wisner Chapin | ) | Adversary Proceeding |
| Plaintiffs, | ) | Case No: 20-01050-JEB |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| Department of the Treasury, | ) | |
| Internal Revenue Service, | ) | |
| Massachusetts Department of | ) | |
| Revenue, Barry Wisner Chapin, | ) | |
| Ferris Development Group, LLC, | ) | |
| and City of Boston | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
BY THE COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Bankruptcy Rule 9010(b) and Massachusetts Local Bankruptcy Rules ("MLBR") 9010-3, please enter the appearance of the undersigned attorney for creditor and party-in-interest, the Massachusetts Department of Revenue, Tax Division ("MDOR"). Further, in accordance with MLBR Rule 9010-1(c), the undersigned hereby requests to receive copies of all notices and pleadings.

Respectfully submitted,

Dated: May 11, 2020

MASSACHUSETTS DEPARTMENT OF REVENUE (TAX DIVISION)

By its attorneys,

**MAURA HEALEY**
**ATTORNEY GENERAL OF MASSACHUSETTS**

**Kevin W. Brown, General Counsel**
**Special Assistant Attorney General**

*/s/ John B. O'Donnell*
John B. O'Donnell
BBO #: 673351
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, P.O. Box 9565
Boston, Ma 02114
Tel: (617) 626-3869
Email: odonnellj@dor.state.ma.us

## CERTIFICATE OF SERVICE

I, John B. O'Donnell, hereby certify that on this 11th day of May, 2020, I have caused to be served a true and accurate copy of the within document, by electronic notification (EN) upon all parties who have requested electronic notice in this case.

*/s/ John B. O'Donnell*
John B. O'Donnell