# United States Bankruptcy Court
District of Massachusetts (Boston)

| | |
|---|---|
| In re Barry Wisner Chapin, ) | |
| ) | Case No. 20-10324 |
| Debtor ) | Chapter 7 |
| ) | |
| | |
| Harold B. Murphy, Chapter 7 Trustee, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 20-01050 |
| ) | Adversary Proceeding |
| United States of America, Department of the Treasury, ) | |
| Internal Revenue Service, Massachusetts Department of ) | |
| Revenue, Barry Wisner Chapin, Ferris Development ) | |
| Group, LLC, and City of Boston, ) | |
| Defendants ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned Michael S. Denham hereby appears as counsel for creditor and party-in-interest the Child Support Enforcement Division of the Massachusetts Department of Revenue, and requests that all parties in interest serve copies of notices, papers and orders served or filed in this case upon the undersigned counsel via ECF or United States mail, first class, postage prepaid.

/s/ Michael S. Denham
Michael S. Denham, Esq.
BBO # 694831
Massachusetts Department of Revenue
Child Support Enforcement Division
P.O. Box 9561
Boston, MA  02114-9561
(617) 626-2398
denhamm@dor.state.ma.us

DATED: May 11, 2020

# United States Bankruptcy Court
### District of Massachusetts (Boston)

| | |
|---|---|
| In re Barry Wisner Chapin,  )<br>  )<br>    Debtor  )<br>  ) | Case No. 20-10324<br>Chapter 7 |
| Harold B. Murphy, Chapter 7 Trustee,  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>United States of America, Department of the Treasury,  )<br>Internal Revenue Service, Massachusetts Department of  )<br>Revenue, Barry Wisner Chapin, Ferris Development  )<br>Group, LLC, and City of Boston,  )<br>    Defendants  )<br>  ) | Case No. 20-01050<br>Adversary Proceeding |

## **CERTIFICATE OF SERVICE**

I, Michael S. Denham, certify that on May 11, 2020, I filed the foregoing document using the CM/ECF system and by doing so, served the following CM/ECF participants:

David G. Baker, Esq.  Kathleen R. Cruickshank, Esq.
John O'Donnell, Esq.

I also certify that on this date I served a copy of same on the following non-CM/ECF participants listed below by first class mail, postage prepaid:

| | |
|---|---|
| Barry Wisner Chapin<br>34 Fairfield St, Apt. 2<br>Boston, MA 02116 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Ferris Development Group, LLC<br>325 Donald Lynch Blvd, Ste 200<br>Marlborough, MA 01752 | City of Boston<br>One City Hall Square<br>Boston, MA 02201-2013 |

Signed under the pains and penalties of perjury on May 11, 2020.

/s/ Michael S. Denham
Michael S. Denham