**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: ) | | |
| ) | | |
| Barry Wisner Chapin ) | | Chapter 7 |
| ) | | Case No: 20-10324-JEB |
| ) | | |
| Debtor. ) | | |
| ) | | |
| ) | | |
| ) | | |
| Harold B. Murphy, ) | | |
| Chapter 7 Trustee of Barry ) | | |
| Wisner Chapin ) | | Adversary Proceeding |
| Plaintiffs, ) | | Case No: 20-01050-JEB |
| ) | | |
| v. ) | | |
| ) | | |
| United States of America, ) | | |
| Department of the Treasury, ) | | |
| Internal Revenue Service, ) | | |
| Massachusetts Department of ) | | |
| Revenue, Barry Wisner Chapin, ) | | |
| Ferris Development Group, LLC, ) | | |
| and City of Boston ) | | |
| Defendant. ) | | |
| ) | | |
| ) | | |

**JOINT ASSENTED-TO MOTION TO EXTEND**
**DEADLINE FOR FILING RESPONSIVE PLEADING OR MOTION**

　　NOW COMES the Massachusetts Department of Revenue, Tax Division ("MDOR") and Massachusetts Department of Revenue, Child Support Enforcement Division ("MDOR CSE")(jointly, the "Movants") by and through their respective counsels, and jointly move, with the assent of the plaintiff, Harold B. Murphy, Chapter 7 Trustee, pursuant to Fed. Bankr. R. Pro. Rule 7012(a), for entry of an order extending the deadline for filing a responsive pleading or motion to the complaint commencing the above-captioned adversary proceeding from May 11, 2020 to June 10, 2020.  In support, the Movants state:

1. It appears MDOR and MDOR CSE each have distinct lien interests relevant to this adversary case and need additional time to evaluate those lien interests and assess the merits of the complaint.

1

2. Movants are authorized to state that counsel for plaintiff, Kathleen Cruickshank, assents to entry of an order allowing this motion.

WHEREFORE, the Movants respectfully request entry of an order extending the deadline for MDOR and MDOR CSE to file their respective responsive pleadings or motions to the complaint from May 11, 2020 to June 10, 2020.

    Respectfully submitted,

    MASSACHUSETTS DEPARTMENT OF REVENUE (TAX DIVISION)
    By its attorneys,

    MAURA HEALEY
    ATTORNEY GENERAL OF MASSACHUSETTS

    Kevin Brown, Special Assistant Attorney General
    And General Counsel

    */s/ John B. O'Donnell*
    John B. O'Donnell (BBO # 673351)
    Counsel to the Commissioner
    Massachusetts Department of Revenue
    Litigation Bureau
    100 Cambridge Street
    P. O. Box 9565
    Boston, MA 02114
    (617) 626-3869
    odonnellj@dor.state.ma.us

    MASSACHUSETTS DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION
    By its attorney,

    /s/ Michael S. Denham
    Michael S. Denham, Esq.
    BBO # 694831
    Massachusetts Department of Revenue
    Child Support Enforcement Division
    P.O. Box 9561
    Boston, MA 02114-9561
    (617) 626-2398
    denhamm@dor.state.ma.us

## Certificate of Service

I, John B. O'Donnell, hereby certify that I served a copy of the within document and by electronic transmission through the Court's CM/ECF upon counsel to Harold B. Murphy, Chapter 7 Trustee.

                              */s/ John B. O'Donnell*
                              John B. O'Donnell