*[Signature]* Dated: 5/11/2020

Allowed. The time for Massachusetts Department of Revenue ("MDOR") (including any division of MDOR) to answer or respond to the Complaint is extended to June 10, 2020.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Barry Wisner Chapin | ) | Chapter 7 |
| | ) | Case No: 20-10324-JEB |
| Debtor. | ) | |
| | ) | |
| Harold B. Murphy, | ) | |
| Chapter 7 Trustee of Barry | ) | |
| Wisner Chapin | ) | Adversary Proceeding |
| Plaintiffs, | ) | Case No: 20-01050-JEB |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| Department of the Treasury, | ) | |
| Internal Revenue Service, | ) | |
| Massachusetts Department of | ) | |
| Revenue, Barry Wisner Chapin, | ) | |
| Ferris Development Group, LLC, | ) | |
| and City of Boston | ) | |
| Defendant. | ) | |

### JOINT ASSENTED-TO MOTION TO EXTEND
### DEADLINE FOR FILING RESPONSIVE PLEADING OR MOTION

NOW COMES the Massachusetts Department of Revenue, Tax Division ("MDOR") and Massachusetts Department of Revenue, Child Support Enforcement Division ("MDOR CSE")(jointly, the "Movants") by and through their respective counsels, and jointly move, with the assent of the plaintiff, Harold B. Murphy, Chapter 7 Trustee, pursuant to Fed. Bankr. R. Pro. Rule 7012(a), for entry of an order extending the deadline for filing a responsive pleading or motion to the complaint commencing the above-captioned adversary proceeding from May 11, 2020 to June 10, 2020. In support, the Movants state:

1. It appears MDOR and MDOR CSE each have distinct lien interests relevant to this adversary case and need additional time to evaluate those lien interests and assess the merits of the complaint.

1