UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>BARRY WISNER CHAPIN,<br><br>              Debtor. | Chapter 7<br>Case No. 20-10324-JEB |
| HAROLD B. MURPHY AS HE IS THE CHAPTER 7 TRUSTEE OF BARRY WISNER CHAPIN,<br><br>              Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, MASSACHUSETTS DEPARTMENT OF REVENUE, BARRY WISNER CHAPIN, FERRIS DEVELOPMENT GROUP, LLC and<br>CITY OF BOSTON,<br><br>              Defendants. | Adversary Proceeding<br>No. 20-01050 |

**JOINT MOTION TO EXTEND
DEADLINE FOR FILING RESPONSIVE PLEADING OR MOTION**

NOW COME the Defendant, Ferris Development Group, LLC (hereinafter "Defendant" or "FDG") and the Plaintiff, Harold B. Murphy, Chapter 7 Trustee, by and through their respective counsel, who jointly move pursuant to Fed. Bankr. R. Pro. 7012(a) for entry of an order extending the deadline for filing FDG's responsive pleading or motion to the Complaint in this matter, from May 11, 2020, to May 22, 2020.  In support, the Movants state:

    1.    FDG is a Defendant in this case, has been served validly and timely with the Complaint, and has engaged is General Counsel, Brian R. Charville, to represent its interests.

1

2. Attorney Charville is a member in good standing of the Bar of the State of Massachusetts and the Bar of the United States District Court for the District of Massachusetts, and he lives and works in Massachusetts.

3. Attorney Charville is in the process of gaining access to the Court's ECF system and the purpose of this Joint Motion is simply to allow that access so that Attorney Charville may note his Appearance and file FDG's Answer, and otherwise represent FDG's interests here.

WHEREFORE, the Movants respectfully request entry of an Order extending the deadline for Ferris Development Group, LLC, to file its responsive pleading, from May 11, 2020, to May 22, 2020.

Respectfully submitted,

| FERRIS DEVELOPMENT GROUP, LLC, | HAROLD B. MURPHY, TRUSTEE |
|---|---|
| By Its Attorney | By His Attorney |
| */s Brian R. Charville* | */s Kathleen R. Cruickshank* |
| Brian R. Charville, Esq. (BBO # 625051) | Kathleen R. Cruickshank, Esq. |
| Ferris Development Group, LLC | (BBO # 550675) |
| 325 Donald Lynch Blvd., Ste. 200 | Murphy & King, P.C. |
| Marlborough, Massachusetts 01752 | One Beacon St. |
| (508) 281-5610 Telephone | Boston, MA 02108 |
| (508) 229-0356 Facsimile | (617) 423-0400 |
| bcharville@ferrisdevelopment.com | kcruickshank@murphyking.com |

Dated: May 11, 2020

Certificate of Service

The undersigned states upon information and belief that the foregoing Joint Motion will be served upon the parties to the case by the Court's CM/ECF system.

*/s Kathleen R. Cruickshank*
Kathleen R. Cruickshank, Esq.

2