Dated: 5/14/2020

Allowed. The time for Ferris Development Group LLC to respond to the Complaint is extended to May 22, 2020.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>BARRY WISNER CHAPIN,<br><br>　　　　　　Debtor. | Chapter 7<br>Case No. 20-10324-JEB |
| HAROLD B. MURPHY AS HE IS THE CHAPTER 7 TRUSTEE OF BARRY WISNER CHAPIN,<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, MASSACHUSETTS DEPARTMENT OF REVENUE, BARRY WISNER CHAPIN, FERRIS DEVELOPMENT GROUP, LLC and<br>CITY OF BOSTON,<br><br>　　　　　　Defendants. | Adversary Proceeding<br>No. 20-01050 |

**JOINT MOTION TO EXTEND**
**DEADLINE FOR FILING RESPONSIVE PLEADING OR MOTION**

NOW COME the Defendant, Ferris Development Group, LLC (hereinafter "Defendant" or "FDG") and the Plaintiff, Harold B. Murphy, Chapter 7 Trustee, by and through their respective counsel, who jointly move pursuant to Fed. Bankr. R. Pro. 7012(a) for entry of an order extending the deadline for filing FDG's responsive pleading or motion to the Complaint in this matter, from May 11, 2020, to May 22, 2020. In support, the Movants state:

　　1.　　FDG is a Defendant in this case, has been served validly and timely with the Complaint, and has engaged is General Counsel, Brian R. Charville, to represent its interests.

1